SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GOURLEY and PETE HALVER AS TRUSTEES OF THE SOLANO-NAPA ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ZACHARY ALAN CAMERON, individually and doing business as CAMERON ELECTRIC,<br><br>Defendants. | CASE NO.:  C07-02227 JF HRL<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs BRUCE GOURLEY and PETE HALVER AS TRUSTEES OF THE SOLANO-NAPA ELECTRICAL WORKERS TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for December 2006 and January through March 2007. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time period, or any other time period, and to collect any additional monies found to be delinquent as a result of an audit through a subsequent legal action.

Dated: June 12, 2007

IT IS SO ORDERED.

_____
Jeremy Fogel, U.S. District Judge    Dated: July 3, 2007

_____
SUE CAMPBELL
Attorney for Plaintiffs

REQUEST FOR DISMISSAL OF ENTIRE ACTION

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

ZACHARY ALAN CAMERON,
individually and doing business as
CAMERON ELECTRIC
2412 3rd Street
Napa, CA 94559

which envelope was then sealed and, with postage fully prepaid thereon, was on June 12, 2007, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2007 at San Jose, California.

_____
CHRISTINE DELGADILLO